450 A.2d 1056

Lorie etc., Appellant v. Rositer et ux.

Submitted September 29, 1981. Wm. Patrick Delaney, for appellant; T. Dana Watson, for appellees.

Before CAVANAUGH, MONTEMURO and VAN der VOORT, JJ.

Order affirmed.